IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Marc Pierre Hall, | Civil Action No. 9:25-8583-CMC |
| Petitioner, | |
| vs. | **ORDER** |
| Warden M. Graham, | |
| Respondent. | |

This matter is before the court on Petitioner's *pro se* petition for writ of habeas corpus filed in this court pursuant to 28 U.S.C. § 2241. Dkt. No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(c), DSC, this matter was referred to United States Magistrate Judge Molly H. Cherry for pre-trial proceedings and a Report and Recommendation ("Report").

Respondent filed a Motion to Dismiss or, in the alternative, for Summary Judgment. Dkt. No. 19. Petitioner filed a response in opposition and Responded replied. Dkt. Nos. 24, 25. Petitioner filed a sur-reply and a supplement. Dkt. Nos. 37, 38. On June 18, 2026, the Magistrate Judge issued a Report recommending Respondent's motion be granted and this matter dismissed. Dkt. No. 40. The Magistrate Judge advised Petitioner of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. The court has received no objections and the time for filing them has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made

by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After reviewing the record of this matter, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court agrees with and adopts the reasoning of Magistrate Judge regarding Petitioner's failure to exhaust administrative remedies. Respondent's motion to dismiss (Dkt. No. 19) is granted on that basis, and this matter is dismissed without prejudice.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
July 22, 2026

2